# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY

# EXHIBIT D - REDACTED IN ENTIRETY