

**Projects Ko & Martin <projects@komartin.com>**

# 특허번역

5 messages

**Heedong Chae** <hdchae@ewpat.com> Tue, Nov 10, 2015 at 5:14 PM
To: projects@komartin.com

안녕하세요.

특허번역과 관련된 업무를 의뢰하고자 합니다.  첨부파일과 같이 상대측 변호인이 한국특허를 번역서와 함께 제출하였습니다만, 중요한 부분에 있어서 고의적인 mistranslation이 발견되었습니다.  따라서, 이에 대한 우리측 번역을 준비하여 제출하고자 합니다.

번역을 전체적으로 검토하여 수정해야할 부분을 어떻게 수정해야할지 저희가 제시해 드릴텐데 검토해 보시고, 저희번역이 맞다고 판단하시면 Certification을 작성하여 보내주시면 되겠습니다.

곧 내용 정리하여 연락드리도록 하겠으며 참고로 번역서류는 11월 16일 (월요일)에 법원에 제출되어야 합니다.

감사합니다.

채희동 변호사/특허변호사

Heedong Chae, Esq. / Patent Attorney

**East West Law Group, PC**

3600 Wilshire Blvd. Suite 702

Los Angeles, CA 90010

The U.S.A.

Tel. 1-213-387-3630; Fax. 1-213-788-3365

http://www.ewpat.com/

This communication, along with any attachments, may contain information that is privileged and confidential, and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.

Thank you.

**21-7-20151013D-Attachment 7-Ex 2-KUM patent.pdf**
2333K

**Ko & Martin Certified Interpreters** <projects@komartin.com> Wed, Nov 11, 2015 at 10:09 AM
To: Heedong Chae <hdchae@ewpat.com>

Cc: Soomi Ko <soomi@komartin.com>

안녕하세요,

예, 대기하고 있겠습니다.

감사합니다,

Janette Hwang

**Ko & Martin, Project Manager**

Email: projects@komartin.com

Direct: 310-989-3489

www.komartin.com

**Payment Term:** Payment for service is due upon receipt of the invoice. Grace period is 30 days without interest. Interest of 2% per month (24% per annum) shall be applied thereafter. Payments are accepted via check, credit card, and Paypal.

**IMPORTANT NOTICE:** The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. Any dissemination of this email by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please immediately notify us immediately replying back to this email and permanently delete the original and any copies or printouts of the email or attachments.

[Quoted text hidden]

---

**Heedong Chae** <ewpat.hdchae@gmail.com> Wed, Nov 11, 2015 at 5:58 PM
To: Ko & Martin Certified Interpreters <projects@komartin.com>
Cc: Soomi Ko <soomi@komartin.com>

안녕하세요.

첨부한 영문 번역에서 워드파일(corrections.docx)의 내용 참조하여 수정해 주시면 되겠습니다. 기존 번역이 만족스러운편이 아니며 몇몇 중요한 부분은 고의로 mistranslation한 것으로 보고 있습니다. 가령 "고정결합"이나 "부착"을 fixedly attached로 해야하는데, join이라고 하거나 attached로만 하거나 했습니다.

채희동 변호사/특허변호사

Heedong Chae, Esq. / Patent Attorney

**East West Law Group, PC**

3600 Wilshire Blvd. Suite 702

Los Angeles, CA 90010

The U.S.A.

Tel. 1-213-387-3630; Fax. 1-213-788-3365

http://www.ewpat.com/

This communication, along with any attachments, may contain information that is privileged and confidential, and is intended for the

3/30/2018 Case 2:16-cv-09185-DOC-DFM Document 110-9 Filed 04/30/18 Page 3 of 6 Page ID #:1944
Ko & Martin Mail - 특허번역

use of the individual to whom it is addressed. Any other use, application, distribution, copying or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.

Thank you.

---

**From:** Ko & Martin Certified Interpreters [mailto:projects@komartin.com]
**Sent:** Wednesday, November 11, 2015 10:09 AM
**To:** Heedong Chae
**Cc:** Soomi Ko
**Subject:** Re: 특허번역

[Quoted text hidden]

---

**2 attachments**

**21-7-20151013D-Attachment 7-Ex 2-KUM patent.pdf**
4618K

**corrections.docx**
13K

---

**Ko & Martin Certified Interpreters** <projects@komartin.com> Wed, Nov 11, 2015 at 7:18 PM
To: Heedong Chae <ewpat.hdchae@gmail.com>
Cc: Soomi Ko <soomi@komartin.com>

예, 검토하고 알려드리겠습니다.

참고로 본 문서의 Certificate of Translation을 제공해 드리기 위해서 첨부파일 수정부분 외 전체 파일을 리뷰해야 하기 때문에 전체 비용 견적은 약 $400~$550 정도 되겠습니다.

질의사항 있으시면 연락주세요.

감사합니다,
황자넷 드림.

Janette Hwang

**Ko & Martin, Project Manager**

Email: projects@komartin.com

Direct: 310-989-3489

www.komartin.com

**Payment Term:** Payment for service is due upon receipt of the invoice. Grace period is 30 days without interest. Interest of 2% per month (24% per annum) shall be applied thereafter. Payments are accepted via check, credit card, and Paypal.

**IMPORTANT NOTICE:** The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. Any dissemination of this email by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please immediately notify us immediately replying back to this email and permanently delete the original and any copies or printouts of the email or attachments.

[Quoted text hidden]

---

https://mail.google.com/mail/u/0/?ui=2&ik=8717d890a8&jsver=Z-grDj2gpow.en.&view=pt&q=heedong&qs=true&search=query&th=151032db64258b78&siml=150f41bf3ce0b8a7&
EXHIBIT G - 241 -

**Ko & Martin Certified Interpreters** <projects@komartin.com> Fri, Nov 13, 2015 at 3:28 PM
To: Heedong Chae <ewpat.hdchae@gmail.com>
Cc: Soomi Ko <soomi@komartin.com>

Hello Mr. Chae,

Please see attached for the corrected translation with the Certificate of Translation, along with the invoice. Please kindly confirm receipt and let me know if you have any question.

Thank you!

Janette Hwang

**Ko & Martin, Project Manager**

Email: projects@komartin.com

Direct: 310-989-3489

www.komartin.com

**Payment Term:** Payment for service is due upon receipt of the invoice. Grace period is 30 days without interest. Interest of 2% per month (24% per annum) shall be applied thereafter. Payments are accepted via check, credit card, and Paypal.

**IMPORTANT NOTICE:** The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. Any dissemination of this email by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please immediately notify us immediately replying back to this email and permanently delete the original and any copies or printouts of the email or attachments.

[Quoted text hidden]

**2 attachments**

**Invoice (No. 649) - from Soomi Ko, East West Law Group, PC.pdf**
1159K

**21-7-20151013D-Attachment 7-Ex 2-KUM patent_TRANSL.pdf**
359K

Page 1, Abstract

Please change "the 2nd body that joins the opposite side" to "the 2nd body that is fixedly attached to the opposite side".

Page 2, Claim 6

Please change "a 2nd body that joins the opposite side" to "a 2nd body that is fixedly attached to the opposite side".

Page 4, [0013]

Please change "a 2nd body that joins the opposite side" to "a 2nd body that is fixedly attached to the opposite side".

Page 5, [0024]

Please change [0024] to the following:

As it pertains to this application example of the mobile device case, side walls that protrude towards the aforementioned slide cover (130) further than the bottom surface of the aforementioned card storage (110) are formed on both sides and the lower part of the aforementioned card storage (110) . Although not shown in detail in this Diagram, a slide rail that guides the movement of sliding motion of the aforementioned slide cover (130) can be built on both side walls (112). On the bottom side wall in the lower part of the aforementioned card storage (110), a bevel (113) may be formed to allow a user's finger (mainly the fingernail part) to easily reach the side of a card when taking out a stored card. Moreover, a bottom groove (114) may be formed on the bottom surface of the aforementioned card storage (110) that is close to the aforementioned bevel (113). The aforementioned bottom groove (114) provides a space that allows the entry of the user's fingernail etc., to the lower part of a stored card, which helps the user take out a card with ease by lifting the card.

Page 5, [0026]

Please change [0024] to the following:

Diagram 2 is a disassembled perspective view of the slide cover in the application example of Diagram 1 in a disassembled state. In this diagram, the inner structure of the aforementioned slide case (130) of the aforementioned case body (100) can be seen. A camera hole (116) is provided to accommodate the aforementioned camera hole (136) in the aforementioned case body (100). The aforementioned case

body (100) can be comprised of two parts made of different materials. In other words, it can be comprised of the 1st body (101) that has a device receiver that receives the mobile device in the rear of this diagram and the 2nd body (102) that faces the aforementioned slide cover (130). These can be molded separately and fixedly attached to each other, or they may be formed as one unit through a method such as an insert injection, etc.

Page 5, [0027]

Please change "in the aforementioned 2nd body (102) was pierced so that one side of the exposed 1st body (101) would" to "in the aforementioned 2nd body (102) may be pierced in order to expose one side of the 1st body (101) so that the exposed side of the 1st body (101) would".

Page 5, [0032]

Please change [0032] to the following:

Diagram 5 is a side view of the slide cover in the application example of the aforementioned diagram 1 from the right side. When the slide cover (130) is closed, the aforementioned side cover (130), the side of the 2nd body (102), and the side of the 1st body (101) can be seen to have 3 layers. However, unlike this application example, the side of the aforementioned slide cover (130) may cover the side of the aforementioned 2nd body (102), or when the aforementioned 1st body (101) and the aforementioned 2nd body (102) form one body made of the same material, in either case, two layers comprised of a slide cover (130) and the case body (100) made into one body may be seen.