Jack Jmaev (SBN: 216,416)
jack@puritanlaw.com
PURITAN LAW GROUP
500 N. STATE COLLEGE BLVD., SUITE 1100
ORANGE, CA 92868 / Phone: 909-437-8390

Attorneys for Defendants
ULTRAPROOF, INC. a Cal. Corporation;
ULTRAPROOF, INC. a Nev. Corporation; and
ENDLESS TECHNOLOGY, INC., a California corporation

Edward L. Bishop (admitted *pro hac vice*)
ebishop@bdl-iplaw.com
Nicholas S. Lee  (admitted *pro hac vice*)
nlee@bdl-iplaw.com
BISHOP, DIEHL & LEE, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
Phone: (847) 969-9123
Facsimile: (847) 969-9124

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation,<br><br>v.<br><br>ULTRAPROOF, INC., a California corporation; ULTRAPROOF, INC., a Nevada corporation; ENDLISS TECHNOLOGY, INC., a California corporation; DOES 1 through 10, inclusive,<br>                    Defendants. | Case Nos.<br>2:16-CV-09185 DOC (DFM);<br>2:17-CV-01161 DOC (DFM) (Consolidated)<br><br>NOTICE OF MOTION AND MOTION TO DISQUALIFY MR. HEEDONG CHAE AND HIS LAW FIRM, LUCEM PC, AS COUNSEL FOR PLAINTIFF<br><br>Date:      JUNE 4, 2018<br>Time:     8:30 AM<br>Location: COURTROOM 9D<br>              Ronald Reagan Ct. Hse.<br>              411 West Fourth Street<br>              Santa Ana, CA 92701<br><br>MEMORANDUM AND EXHIBIT D THERETO FILED UNDER SEAL PURSUANT TO AN ORDER ISSUED BY THIS COURT ON MAY 2, 2018 |

# NOTICE

1. TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN, PLEASE TAKE NOTICE that on JUNE 4, 2018, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled Court located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, the Honorable David O. Carter presiding, Defendants ULTRAPROOF, INC., a California corporation; ULTRAPROOF, INC., a Nevada corporation; and ENDLISS TECHNOLOGY, INC., a California corporation, by and through its counsel of record Jack I. Jmaev, Edward L. Bishop, and Nicholas S. Lee will, and hereby do, bring this Motion to Disqualify Mr. Heedong Chae and his Law Firm Lucem, PC, as counsel for Plaintiff.

2. This motion is based on this Notice of Motion and Motion, the SEALED MEMORANDUM of Points and Authorities filed herewith, SEALED EXHIBIT D, filed herewith and other non-sealed exhibits, the pleadings and papers filed in this matter and other matter properly judicially noticed by this Court.

3. The Memorandum and Exhibit D are FILED UNDER SEAL pursuant to the order of the Court issued on May 2, 2018 and include matter designated by Plaintiff as "ATTORNEY EYES ONLY".

4. This Notice of Motion and Motion is brought after a conference of counsel pursuant to Local Rule 7 – 3, see Docket No. 86, p. 2-3.

DATED: May 3, 2018        Submitted by,

/s/    Jack I. Jmaev
JACK IVAN JMAEV, SBN 216,416
Attorney for Defendants

ULTRAPROOF, INC., a California corporation;
ULTRAPROOF, INC., a Nevada corporation; and
ENDLESS TECHNOLOGY, INC, a California corporation.

1

Defendants' Notice of Motion and Motion to Disqualify Mr. Heedong Chae and Lucem, PC

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018 I electronically filed the foregoing documents with the United States Court of District Court for the Central District of California by using the CM/ECF system. I certify that, to the best of my knowledge, the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Heedong Chae, Karen Kim and Richard Kim. I further certify that, to the best of my knowledge, neither of these individuals has filed a request for exemption from electronic filings and notice of service. To the best of my knowledge, Plaintiff Spiegen, through the aforementioned counsel, has consented to service by e-mail. As such, I further certify that I emailed these motion papers, including the Notice of Motion, the Memorandum and all Exhibits to each of the aforementioned counsel.

Richard Kim (SBN: 272184)
Email: RichKimLaw@gmail.com
LAW OFFICES OF RICHARD KIM
6131 Orangethorpe Ave., Suite 370
Buena Park, CA 90620
Phone: 714-276-1122
Fax: 714-276-1120

Heedong Chae (SBN: 263267)
Email: hdchae@lucemlaw.com
Karen Kim (SBN: 297857)
Email: kkim@lucemlaw.com
LUCEM PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Phone: 213-387-3630
Fax: 213-863-6332

/s/ Jack I. Jmaev
Jack Ivan Jmaev