UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 16-9185-DOC (DFMx)            Date: June 4, 2018

Title: SPIGEN KOREA CO. LTD. V LIJUN LIU, ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Heedong Chae | Jack Ivan Jmaev |
| Richard Kim | Nicholas Lee |

**PROCEEDINGS:**    DEFENDANTS' MOTION TO DISMISS [108]; PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL HEEDONG CHAE AND LUCEM PC AS COUNSEL FOR PLAINTIFF [113]

    Hearing held.

    For the reasons stated on the record, the Defendants' Motion to Dismiss [108] is DENIED. Plaintiff's Motion to Disqualify Counsel Heedong Chae and Lucem PC as Counsel for Plaintiff [113] is GRANTED IN PART. Attorney Heedong Chae is relieved as counsel of record for Plaintiff.

                                                                                            :    31

                                          Initials of Clerk      djl