Hon. Victor B. Kenton (Ret.)
Judicate West
601 S. Figueroa Street
Suite 4000
Los Angeles, CA 90017
Phone: (213) 223-1113

Special Master

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIEGEN KOREA COMPANY, LTD, <br>     Plaintiff, <br><br> vs. <br><br> ULTRAPROOF, INC., et al., <br>     Defendant. | CASE NO. 2:16- CV 09185 <br> JW Case No.: A239599 <br><br> **ORDER RE BRIEFING ON DEFENDANTS' MOTION TO REOPEN DISCOVERY (TWO DEPOSITIONS)** |

1. Plaintiff to file its Opposition by next Wednesday, June 27, by noon.

2. Also, by noon on June 27, both parties will electronically file copies of all pleadings referenced in the Motion and the Opposition.

3. No further points and authorities unless authorized.

4. The Special Master will then take the matter under submission, and will notify the parties if a telephonic hearing will be calendared.

SO ORDERED

Dated: June 21, 2018

_____
Hon. Victor B. Kenton (Ret.)
Special Master