Jack Jmaev (SBN: 216,416)
jack@puritanlaw.com
PURITAN LAW GROUP
500 N. STATE COLLEGE BLVD., SUITE 1100
ORANGE, CA 92868 / Phone: 909-437-8390

Attorneys for Defendants
ULTRAPROOF, INC. a Cal. Corporation;
ULTRAPROOF, INC. a Nev. Corporation; and
ENDLESS TECHNOLOGY, INC., a California corporation

Edward L. Bishop (admitted *pro hac vice*)
ebishop@bdl-iplaw.com
Nicholas S. Lee (admitted *pro hac vice*)
nlee@bdl-iplaw.com
Benjamin A. Campbell (admitted *pro hac vice*)
bcampbell@bdl-iplaw.com
BISHOP, DIEHL & LEE, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
Phone: (847) 969-9123
Facsimile: (847) 969-9124

# IN THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation,<br>    Plaintiff,<br><br>v.<br><br>ULTRAPROOF, INC., a California corporation; ULTRAPROOF, INC., a Nevada corporation; ENDLISS TECHNOLOGY, INC., a California corporation; DOES 1 through 10, inclusive,<br>    Defendants. | Case Nos.<br>2:16-CV-09185 DOC (DFM)<br><br>**JUDGMENT** |

//

//

**JUDGMENT**

This Court, having entered an Order (Dkt. No. 215) granting summary judgment in favor of Defendants Ultraproof, Inc. and Endliss Technology, Inc. on December 12, 2018 and further determining that any remaining claims are moot in view of that Order, hereby enters final judgment pursuant to said Order.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Ultraproof, Inc. and Endliss Technology, Inc. Ultraproof, Inc. and Endliss Technology, Inc. shall file any requests for fees and costs within 21 days from the entry of this order.

IT IS SO ORDERED

Date: December 20, 2018

*David O. Carter*

Honorable David O. Carter
United States District Judge